## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| PAUL E. BLAIR, | ) | |
| on behalf of plaintiff and a class, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Gottschall |
| | ) | |
| -vs- | ) | Case No.:   09 CV 5271 |
| | ) | |
| PHILLIPS & COHEN ASSOCIATES, LTD.; | ) | Magistrate Judge Nolan |
| PCA ACQUISITIONS, LLC; | ) | |
| PCA ACQUISITIONS II, LLC; | ) | |
| PCA ACQUISITIONS III, LLC; | ) | |
| PCA ACQUISITIONS IV, LLC; and | ) | |
| PCA ACQUISITIONS V, LLC; | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT PCA ACQUISITIONS, LLC FEDERAL RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT AND LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES

NOW COMES the defendant, PCA ACQUISITIONS, LLC, through undersigned counsel, and pursuant to Rule 7.1(a) and (b) of the Federal Rules of Civil Procedure and Local Rule 3.2, hereby submits its Corporate Disclosure Statement and states as follows:

1.   Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2.   Local Rule 3.2 requires an LLC to disclose each member.

- 2 -

3. PCA Acquisitions, LLC has no parent corporation and no publically held corporation owns 10% or more of its stock.  The members of PCA Acquisitions, LLC are Matthew Phillips, Adam Cohen and Howard Enders.

        Respectfully submitted,

        /s/ James K. Schultz
        Attorney for PCA Acquisitions, LLC

David Israel
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
Lakeway Two, Suite 200
3850 North Causeway Boulevard
Metairie, LA 70002-7227
Telephone:  (504) 828-3700
Facsimile:  (504) 828-3737
E-Mail:     disrael@sessions-law.biz

James K. Schultz
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
55 West Monroe, Suite 1120
Chicago, IL  60603
Telephone:  (312) 578-0990
Facsimile:  (312) 578-0991
E-Mail:     jschultz@sessions-law.biz

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2009, a copy of the foregoing **Defendant's Corporate Disclosure Statement** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    Daniel A. Edelman
    Tiffany N. Hardy
    EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
    120 S. LaSalle Street 18th Floor
    Chicago, Illinois 60603

                      /s/ James K. Schultz
                      Attorney for Defendant