**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PAUL E. BLAIR; | ) | |
| SHARONE D. EDMONDS, | ) | |
| JAMES MERCER; | ) | |
| VIRGINIA TODD; | ) | |
| on behalf of plaintiffs and a class, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 09-cv-5271 |
| vs. | ) | |
| | ) | Judge Gottschall |
| PHILLIPS & COHEN ASSOCIATES, LTD.; | ) | Magistrate Judge Nolan |
| PCA ACQUISITIONS, LLC; | ) | |
| PCA ACQUISITIONS II, LLC; | ) | |
| PCA ACQUISITIONS III, LLC; | ) | |
| PCA ACQUISITIONS IV, LLC; and | ) | |
| PCA ACQUISITIONS V, LLC; | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR A PROTECTIVE ORDER**

Plaintiffs Paul E. Blair, Sharone D. Edmonds, James Mercer, and Virginia Todd ("Plaintiffs") and Defendants Phillips & Cohen Associates, Ltd., PCA Acquisitions, LLC, PCA Acquisitions II, LLC, PCA Acquisitions III, LLC, PCA Acquisitions IV, LLC, and PCA Acquisitions V, LLC, ("Defendants") (collectively, the "parties"), through their respective counsel, respectfully request the Court to enter a protective order, in the form of the proposed Protective Order (the "Protective Order") attached hereto as Exhibit A.

In further support of their motion, the parties state as follows:

1. The parties have identified documents which reveal (a) the personal

financial information of plaintiff and other consumers (including contact information, Social Security numbers, account numbers, amounts that consumers allegedly owe, and so on), and (b) contracts between defendants and other entities which may contain proprietary information.

2. The parties have conferred and agree that certain such information that may be produced in the course of discovery in this action is properly subject to protection under Fed. R. Civ. P. 26(c).

3. Good cause exists, therefore, for the entry of the proposed Protective Order in order to protect (a) personal financial information of plaintiff and other consumers and (b) contracts between defendants and other entities which may contain proprietary information.

4. Further, the proposed Protective Order is in accord with Seventh Circuit Precedent regarding the proper bounds of protective orders, as this Court would retain the authority to ensure that the interests of the public in a public proceeding are protected. *See, e.g.*, *Union Oil Co. v. Leavell*, 220 F.3d 562, 567-68 (7th Cir. 2000).

WHEREFORE, the parties respectfully request the Court to enter the proposed Protective Order, attached hereto as Exhibit A.

Dated: January 28, 2010

Respectfully Submitted,

s/Tiffany N. Hardy  
Tiffany N. Hardy  
One of the Attorneys for Plaintiffs  
and the Class  

Daniel A. Edelman  
Cathleen M. Combs  
James O. Latturner  
Tiffany N. Hardy  
EDELMAN, COMBS, LATTURNER,  
     & GOODWIN, LLC  
120 S. LaSalle St., Suite 1800  
Chicago, IL  60603  
(312) 739-4200  
FAX: (312) 419-0379  

s/James K. Schultz  
James K. Schultz  
One of the Attorneys for Defendants  

James K. Schultz  
Nicole M. Barrett  
SESSIONS FISHMAN NATHAN & ISRAEL, LLP  
55 West Monroe, Suite 1120  
Chicago, IL  60603  
(312) 578-0990  
FAX: (312) 578-0991  

David Israel  
SESSIONS FISHMAN NATHAN & ISRAEL, LLP  
Lakeway Two, Suite 200  
3850 North Causeway Boulevard  
Metairie, LA 70002-7227  
(504) 828-3700  
FAX: (504) 828-3737

## **CERTIFICATE OF SERVICE**

      I, Tiffany N. Hardy, hereby certify that on January 28, 2009, a true and accurate copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this document through the Court's ECF System.

James K. Schultz
jschultz@sessions-law.biz

Nicole M. Barrett
nbarrett@sessions-law.biz

David Israel
disrael@sessions-law.biz


                                                         s/Tiffany N. Hardy
                                                         Tiffany N. Hardy